IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CECYLE KLAPHAKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA GAS TRANSMISSION, LLC,<br>COLUMBIA PIPELINE GROUP; and<br>TRANSCANADA CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 17-1359<br><br>Judge Cathy Bissoon<br>Magistrate Judge Robert Mitchell |

## NOTICE OF APPEAL

Notice is hereby given that Cecyle Klaphake, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Order granting Defendants' *Motion for Judgment on the Pleadings*, which was entered in this action on the 16th day of October, 2018.

Dated: October 29, 2018

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Cafardi Ferguson Wyrick Weis + Stotler llc

　　　　　　　　　　　　　　　　By:　*/s/ Steven E. Gibbs*
　　　　　　　　　　　　　　　　　　Steven E. Gibbs
　　　　　　　　　　　　　　　　　　PA I.D. No. 314894

　　　　　　　　　　　　　　　　　　2605 Nicholson Road
　　　　　　　　　　　　　　　　　　Suite 2201
　　　　　　　　　　　　　　　　　　Sewickley, PA 15143
　　　　　　　　　　　　　　　　　　Tel: (412) 515-8900
　　　　　　　　　　　　　　　　　　Fax: (412) 515-8901
　　　　　　　　　　　　　　　　　　sgibbs@cfwws.com

　　　　　　　　　　　　　　　　　　*Counsel for Cecyle Klaphake*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29$^h$ day of October, 2018, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

October 29, 2018                                     */s/ Steven E. Gibbs*
                                                                Steven E. Gibbs